**No. 44939.**—Protests 621650–G, etc., of B. Lindner & Bro., Inc., et al. (New York).

Opinion by Brown, J. It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.

**No. 44940.**—Protests 575056–G, etc., of American Scotti Corp. (New York).

Opinion by Brown, J. It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.

**No. 44941.**—Protests 561562–G, etc., of Samuels Hat Corp. et al. (New York).

Opinion by Brown, J. It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.

**No. 44942.**—Protests 999920–G, etc., of S. S. Kresge Co. (New York).

Opinion by Oliver, P. J. It was stipulated that the merchandise consists of siren horns similar to those the subject of Abstract 39948. The claim at 45 percent under paragraph 397 was therefore sustained.

**No. 44943.**—Protests 956991–G, etc., of B. Shackman & Co. (New York).

Opinion by Oliver, P. J. It was stipulated that the merchandise consists of siren horns similar to those the subject of Abstract 39948. The claim at 45 percent under paragraph 397 was therefore sustained.

**No. 44944.**—Protest 951708–G of S. H. Kress & Co. (New York).

Opinion by Oliver, P. J. It was stipulated that the merchandise consists of siren horns similar to those the subject of Abstract 39948. The claim at 45 percent under paragraph 397 was therefore sustained.

**No. 44945.**—Protests 914023–G, etc., of S. H. Kress & Co. (New York).

Opinion by Oliver, P. J. It was stipulated that the merchandise consists of horns in chief value of metal similar to those the subject of Abstract 39948 and *Dessart* v. *United States* (T. D. 45169). The claim at 45 percent under paragraph 397 was therefore sustained.